# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GARLAND LOTT, JR**                                                                           **PLAINTIFF**

**V.**                  **CASE NO.: 2:13CV00036 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                             **DEFENDANT**

## JUDGMENT

Plaintiff Garland Lott, Jr.'s appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 21st day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE